UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RIGOBERTO TOSCANO,

    Plaintiff,

v.

WEXFORD HEALTH SOURCES, DR. SHAH and DR. ORMUNDSON,

    Defendant.

Case No. 16-cv-216-JPG-SCW

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of defendants Wexford Health Sources, Dr. Shah and Dr. Ormundson and against plaintiff Rigoberto Toscano and that this case is dismissed with prejudice.

**DATED:** April 16, 2018    **JUSTINE FLANAGAN, Acting Clerk of Court**

**s/Tina Gray, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**